

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2014

No. 04-14-00427-CV

**IN THE INTEREST OF J.M.O.,** A Child,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01766
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

On August 7, 2014, appellant's counsel, Mr. Manuel Charles Rodriguez, Jr., filed a "Request for Supplementation of the Reporter's Record and Motion for Extension of Time." In his motion for an extension of time in which to file the brief, Mr. Rodriguez asked for seven days after the reporter's record is filed. The reporter's record was filed on August 19, 2014. We GRANT the motion to extend time to file appellant's brief. Appellant's brief is due no later than August 26, 2014. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2014.

Keith E. Hottle
Clerk of Court